# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **TONYA MARIE ANDERSON,** | ) | CASE NO. 1:18CV2991 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | **ORDER** |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J.:**

On October 10, 2018, Plaintiff filed a Complaint against the Commissioner of Social Security seeking judicial review of the Commissioner's decision to deny Supplemental Security Income ("SSI"). (Doc 1). The Court referred this matter to Magistrate Judge James R. Knepp II pursuant to Local Rule 72.2. On July 25, 2019, the Magistrate Judge recommended the Court grant the Commissioner's Motion to Dismiss (Doc. 11). Plaintiff has not filed an objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service. FED. R. CIV. P. 72(b). Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would

be duplicative and an inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Knepp's Report and Recommendation is **ADOPTED**; the Commissioner's Motion to Dismiss (Doc. 11) is **GRANTED**; and Plaintiff's Complaint (Doc. 1) is **DISMISSED** due to Plaintiff's failure to timely file her Complaint.[1]

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: August 26, 2019**

---

[1] The Court also adopts the Magistrate Judge's recommendation that any employment claims against the United States Postal Service are not properly brought against the Commissioner and are dismissed without prejudice.